■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADOLFO CANDELARIO, Also Known as JUSTO A. GARCIA, Appellant. (Appeal No. 2.) [621 NYS2d 963] —Judgment unanimously affirmed. Same Memorandum as in *People v Candelario* ([appeal No. 1] 209 AD2d 977 [decided herewith]). (Appeal from Judgment of Erie County Court, D'Amico, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Denman, P. J., Green, Balio, Wesley and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADOLFO CANDELARIO, Also Known as JUSTO A. GARCIA, Appellant. (Appeal No. 3.) [621 NYS2d 963] —Judgment unanimously affirmed. Same Memorandum as in *People v Candelario* ([appeal No. 1] 209 AD2d 977 [decided herewith]). (Appeal from Judgment of Erie County Court, D'Amico, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Denman, P. J., Green, Balio, Wesley and Callahan, JJ.